IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DEBRA S. HUGHES *Plaintiff* | CIVIL ACTION NO. 3:10-CV-71 |
| v. | ORDER |
| MICHAEL J. ASTRUE *Commissioner of Social Security* *Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the court upon consideration of the United States Magistrate Judge B. Waugh Crigler's report and recommendation recommending that Plaintiff's case be dismissed for failure to prosecute. (docket no. 14). The time to file objections has lapsed, and Plaintiff has filed no objections. Accordingly, the report and recommendation is hereby ADOPTED in full, and the case is hereby DISMISSED.

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record, and to the Plaintiff, and to strike this case from the active docket of the court.

Entered this __3rd__ day of August, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

1